B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 09–38849
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Maritrini Bustillos
   aka Mary Bustillos, fka Maritrini
   Bustillos–Krahn
   395 Ashwood Ct.
   Vernon Hills, IL 60061

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0910

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

      It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                 FOR THE COURT

Dated: <u>January 13, 2010</u>                        <u>Kenneth S. Gardner, Clerk</u>
                                                         United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina              Page 1 of 1             Date Rcvd: Jan 13, 2010
Case: 09-38849                Form ID: b18               Total Noticed: 31
```

The following entities were noticed by first class mail on Jan 15, 2010.
```
db          +Maritrini Bustillos,   395 Ashwood Ct.,   Vernon Hills, IL 60061-2334
aty         +Jeffrey S Harris,   7000 W 127th St.,   Palos Heights, IL 60463-1558
tr          +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
              Highland Park, IL 60035-3278
14594552    +AT&T Illinois/Bay Area Credit Service,   1901 W. 10th St,   Antioch, CA 94509-1380
14594549     Attorneys Serving You LLC,   1701 S First Ave Suite 202,   Maywood, IL  60153-2400
14594548    +Bustillos Maritrini,   395 Ashwood Ct,   Vernon Hills, IL 60061-2334
14594554    +Chase Manhattan Mortga,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
14594555    +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
14594557    +Credit Protection (original Credito,   13355 Noel Rd, 21st Floor,   Dallas, TX 75240-6602
14594558    +Credit Protection Asso (original Cr,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
14594560    +G M A C,   15303 S 94th Ave,   Orland Park, IL 60462-3825
14917456    +GMAC,   PO BOX 130424,   Roseville MN 55113-0004
14594561    +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
14594563    +HFC/NCB Management Services, Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
14594566  ++++MORGAN AND ASSOCIATES,   2601 NW EXPRESSWAY STE 205,   OKLAHOMA CITY OK  73112-7258
             (address filed with court: Morgan And Associates,   2601 N.W. Expressway, Ste 205 East,
              Oklahoma City, OK  73112-7229)
14594565    +Midland Credit Mgmt (original Credi,   8875 Aero Dr,   San Diego, CA 92123-2251
14594567    +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
14594569     Peoples Gas,   Chicago, IL  60687-0001
14594570    +Pinnacle Credit Servic (original Cr,   7900 Highway 7 # 100,   Saint Louis Park, MN 55426-4045
14594571    +Portfolio,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4962
14594572    +Portfolio Recvry&affil (original Cr,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
14594573    +Wilshire Credit Corp,   1776 Sw Madison St,   Portland, OR 97205-1715
```

The following entities were noticed by electronic transmission on Jan 13, 2010.
```
14594550    +E-mail/Text: info@allegroacceptance.com                           Allegro Acceptance,
              1111 Bayhill Dr Ste 450,   San Bruno, CA 94066-3054
14742868    +E-mail/Text: info@allegroacceptance.com                           Allegro Acceptance,   POB 1207,
              San Bruno, CA 94066-7207
14594551    +EDI: ACCE.COM Jan 13 2010 18:48:00     Asset Acceptance Llc (original Cred,   Po Box 2036,
              Warren, MI 48090-2036
14594553    +EDI: CAPITALONE.COM Jan 13 2010 18:48:00     Cap One,   Po Box 85520,   Richmond, VA 23285-5520
14594556     E-mail/Text: legalcollections@comed.com                           Com Ed Bill Payment Center,
              Chicago, IL  60668-0002
14594559     EDI: WFNNB.COM Jan 13 2010 18:48:00     Express Credit Card,   PO Box 659728,
              San Antonio, TX  78265-9728
14594560    +EDI: GMACFS.COM Jan 13 2010 18:48:00     G M A C,   15303 S 94th Ave,
              Orland Park, IL 60462-3825
14917456    +EDI: GMACFS.COM Jan 13 2010 18:48:00     GMAC,   PO BOX 130424,   Roseville MN 55113-0004
14594562     EDI: HFC.COM Jan 13 2010 18:48:00     HFC,   P.O. Box 17574,   Baltimore, MD  21297-1574
14594564     EDI: IRS.COM Jan 13 2010 18:48:00     Internal Revenue Service,
              Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA  19114
14594568    +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**                                  **Signature:**   _Joseph Speetjens_